```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  IAN L. GARRIQUES
    Assistant U.S. Attorney
 3  Suite 4401, Federal Courthouse
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
```



FILED
MAY 04 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

# SEALED

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEARCH WARRANT AND AFFIDAVIT REGARDING 4305 SILVER MAPLE COURT, BAKERSFIELD, CA 93313 | NO. 1:09 SW 00106 SMS<br><br>APPLICATION AND SEALING ORDER |

### APPLICATION TO SEAL

The government requests that the search warrant and affidavit in support of the application for the above-entitled search warrant be sealed until further order of this Court to protect the integrity of the underlying investigation and to prevent the possible destruction of evidence.

Dated: May 4, 2009

Respectfully submitted,

LAWRENCE G. BROWN
Acting United States Attorney

By /s/ Ian L. Garriques
IAN L. GARRIQUES
Assistant U.S. Attorney

1

## SEALING ORDER

Good cause having been shown, IT IS HEREBY ORDERED that the search warrant and affidavit in support of the application for the above-entitled search warrant be sealed until further order of this Court.

DATED: May 4, 2009

SANDRA M. SNYDER
UNITED STATES MAGISTRATE JUDGE