```
1  LAWRENCE G. BROWN
   Acting United States Attorney
2  IAN L. GARRIQUES
   Assistant U.S. Attorney
3  4401 Federal Building
   2500 Tulare Street
4  Fresno, California 93721
   Telephone: (559) 497-4000
```

FILED
MAY 29 2009
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _____
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IN RE SEARCH WARRANT AND AFFIDAVIT REGARDING 4305 SILVER MAPLE COURT, BAKERSFIELD, CA 93313 | Case No. 1:09-SW-00106 SMS<br><br>ORDER TO UNSEAL SEARCH WARRANT AFFIDAVIT |

The search warrant and affidavit in this case having been sealed by Order of this Court on May 4, 2009, and it appearing that such warrant and affidavit no longer need to remain secret based on the motion of the government,

IT IS HEREBY ORDERED that the search warrant and affidavit be unsealed and made public record.

DATED: 5/29/09

_____
UNITED STATES MAGISTRATE JUDGE
SM SNYDER

1